IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| REMBRANDT ENTERPRISES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAHMES STAINLESS, INC., <br><br> Defendant. | No.15-CV-4248-LTS <br><br> **JUDGMENT** |

**DECISION BY COURT.** This action came before the Court and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that Judgment shall enter in favor of plaintiff Rembrandt Enterprises, Inc., and against defendant Dahmes Stainless, Inc., in the amount of $2,795,919.45. Each party shall bear it's own court costs.

**DATED** this 13th day of March 2018.

Approved as to form by

_____
Leonard T. Strand, Chief Judge

Robert L. Phelps, Clerk of Court
United States District Court
Northern District of Iowa

_____
By: Suzanne Carlson, Deputy Clerk